**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

Plaintiff(s),

**- against -**

**_____ Civ. _____(___)**

**CLERK'S CERTIFICATE**
**OF DEFAULT**

Defendant(s),
-------------------------------------------------------------X

    **I, DANIEL ORTIZ, Acting Clerk of the United States District Court for**

the Southern District of New York**, do hereby certify that this action was commenced on

_____ with the filing of a summons and complaint, a copy of the summons and

complaint was served on defendant(s) _____

by personally serving _____,

*and proof of service was therefore filed on  _____, Doc. #(s) _____.*

I further certify that the docket entries indicate that the defendant(s) has not filed an

answer or otherwise moved with respect to the complaint herein. The default of the

defendant(s) is/are hereby noted.

**Dated: New York, New York**

    _____, 20___

**DANIEL ORTIZ**
**Acting Clerk of Court**

**By: _____**
       **Deputy Clerk**