# EXHIBIT D

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
JUNIOR A. NUNEZ RODRIGUEZ,

                                    Case No.: 1:24-cv-06873-RA-KHP

                      Plaintiff,

      -against-

FORDHAM AUTO PLUS, INC., and JULIO CABRERA,      **CERTIFICATE**
individually,                                                            **OF DEFAULT**

                      Defendants.
-------------------------------------------------------------------------X

       I, DANIEL ORTIZ**,** Acting Clerk of the United States District Court for the Southern District of New York, do hereby certify that Defendants FORDHAM AUTO PLUS, INC., and JULIO CABRERA have not filed an answer or otherwise moved with respect to the Complaint herein.

       The default of Defendants FORDHAM AUTO PLUS, INC., and JULIO CABRERA is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:  New York, New York
           October _____, 2024
October 16, 2024                                         **Daniel Ortiz**
                                                     **Acting Clerk of the Court**

                                   By:   _____
                                          Deputy Clerk

Clerk's Certificate/Notation of Default