


**Joseph & Norinsberg LLC**
Fighting for Employee Justice

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/04/2024

**Downtown Manhattan Office**
One World Trade Center, 85th Floor
New York, NY 10007

**Midtown Manhattan Office**
110 East 59th Street, Suite 2300
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Ave, Suite 832
Winter Park, Florida 32790

Erica Meyer, Esq.
*Senior Counsel*
erical@employeejustice.com

December 3, 2024

*Via ECF:*
Magistrate Judge Katharine H. Parker
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 100007

> **APPLICATION GRANTED:** The Initial Conference set for 12/5/2024 at 10:00 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to **Tuesday, February 4, 2025 at 11:30 a.m.**
>
> APPLICATION GRANTED
> *Katharine H. Parker*
> Hon. Katharine H. Parker, U.S.M.J.
> 12/04/2024

Re:   *Junior Nunez Rodriguez v. Fordham Auto Plus, Inc., et al.*
      Case No.: 1:24-cv-06873

Dear Honorable Parker,

We represent Plaintiff, Junior Nunez Rodriguez ("Plaintiff"), against Defendants, Fordham Auto Plus, Inc., and Julio Cabrera, individually ("Defendants") in a Fair Labor Standards Act, New York Labor Law and Assault in Violation of Workplace Violence Prevention Act matter.

Pursuant to Docket No. 8, an Initial Case Management Conference is scheduled for Thursday, December 5, 2024, at 10:00a.m. in Courtroom 1-D.

On November 20, 2024, Plaintiff made a motion for default judgment against all Defendants in this action as no Answer has been received on Defendants behalf. See Dkt. No. 14. Accordingly, Plaintiff requests an adjournment of the Initial Case Management Conference until Plaintiff's motion is heard and decided, or a date convenient to the court thereafter.

We thank you for your time and consideration of this request.

Respectfully submitted,

*Erica Meyer*
_____
ERICA MEYER, ESQ.