UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASYWEB INNOVATIONS, LLC,<br><br>                      Plaintiff,<br><br>              v.<br><br>BITPAY, INC.,<br><br>                      Defendant. | No. 24-CV-6873 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

      A default judgment hearing was previously scheduled in this matter for January 17, 2025. Due to a scheduling conflict, the conference is hereby rescheduled to January 16, 2025 at 4:00 p.m. Unless the parties request otherwise, the conference will be held by phone. Call-in Number: (855) 244-8681; Meeting ID: 23055424735.

      Plaintiff is ordered to serve Defendant with a copy of this order and to file an affidavit on ECF certifying that such service has been effectuated.

SO ORDERED.

Dated:    January 3, 2025
               New York, New York

                                                      Ronnie Abrams
                                                      United States District Judge