UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUNIOR A. NUNEZ RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>FORDHAM AUTO PLUS, INC. and JULIO CABRERA,<br><br>Defendant. | No. 24-cv-6873 (RA)<br><br><u>ORDER</u> |

RONNIE ABRAMS, United States District Judge:

On January 16, 2025, the Court held a telephonic hearing on Plaintiff's motion for default judgment. Counsel for Defendants appeared and the parties informed the Court that they wished to pursue mediation before a private mediator. Accordingly, the case is hereby stayed.

As further discussed, the parties shall use their best efforts to agree on a mediator and set a mediation schedule by January 23, 2025, and shall file a joint update once they have done so. They shall also provide the Court with a joint update on the status of mediation no later than March 16, 2025.

Dated:   January 16, 2025
         New York, New York

_____
Ronnie Abrams
United States District Judge