```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JUNIOR A. NUNEZ RODRIGUEZ,

       Plaintiff,

    -against-

FORDHAM AUTO PLUS, INC and JULIO
CABRERA.,

       Defendants.
-----------------------------------------------------------------X

    24-CV-6873 (RA) (KHP)

    <u>POST-CONFERENCE ORDER</u>

**KATHARINE H. PARKER, United States Magistrate Judge:**

   On February 4, 2025, the parties appeared before the undersigned for a case

management conference.  As discussed at the conference and set forth below:

   The parties shall complete discovery **by September 15, 2025**.  Deadline for amendments

to the pleadings or joinder of parties is **April 25, 2025**, after which a showing of good cause

shall be required for any further amendment or joinder.  The parties shall exchange initial

disclosures no later than 21 days after completion of mediation.

   **By March 19, 2025**, the parties shall file a joint status letter, updating the Court on the

status of settlement negotiations.

   **SO ORDERED.**

DATED:  New York, New York
    February 4, 2025

           _____
           KATHARINE H. PARKER
           United States Magistrate Judge