UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUNIOR A. NUNEZ RODRIGUEZ,

                    Plaintiff,

            v.

FORDHAM AUTO PLUS, INC. and JULIO
CABRERA,

                    Defendants.

No.  24-CV-6873 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The parties shall disregard the Court's March 20, 2025 purporting to close the case.  *See* Dkt. 34.  As Magistrate Judge Parker explained in her order of the same date, settlement of a Fair Labor Standards Act ("FLSA") claims requires approval by the Court.  *See* Dkt. 35.  Accordingly, no later than April 21, 2025, the parties shall take one of the following actions:

1. Consent to conducting all further proceedings before Magistrate Judge Parker by completing the attached consent form, which is also available at http://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge.  As the form indicates, no adverse substantive consequences will arise if the parties choose not to proceed before Judge Tarnofsky.

2. Submit a joint letter setting forth their views as to why their settlement is fair and reasonable and should be approved, accompanied by all necessary supporting materials.  *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).  In light of the presumption of public access attaching to "judicial documents," *see Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119 (2d Cir.

2006), the parties are advised that materials on which the Court relies in making its fairness determination will be placed on the public docket, *see Wolinsky v. Scholastic Inc.*, No. 11-CV-5917 (JMF), 2012 WL 2700381, at *3–7 (S.D.N.Y. July 5, 2012).

The parties are advised, however, that the Court will not approve of settlement agreements in which:

(a) Plaintiffs "waive practically any possible claim against the defendants, including unknown claims and claims that have no relationship whatsoever to wage-and-hour issues," *Gurung v. White Way Threading LLC*, 226 F. Supp. 3d 226, 228 (S.D.N.Y. 2016) (internal quotation marks omitted); or

(b) Plaintiffs are "bar[red] from making any negative statement about the defendants," unless the settlement agreement "include[s] a carve-out for truthful statements about [P]laintiffs' experience litigating their case," *Lazaro-Garcia v. Sengupta Food Servs.*, No. 15 Civ. 4259 (RA), 2015 WL 9162701, at *3 (S.D.N.Y. Dec. 15, 2015) (internal quotation marks omitted).

SO ORDERED.

Dated:    March 24, 2025
          New York, New York

Ronnie Abrams
United States District Judge

2