UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JUNIOR A. NUNEZ RODRIGUEZ,

        Plaintiff,

-against-

FORDHAM AUTO PLUS, INC., and JULIO
CABRERA, individually,

        Defendants.
----------------------------------------------------------------X

Dkt. No.: 1:24-CV-06873-RA-KHP

**JUDGMENT PURSUANT TO RULE 68**

The Clerk of Court is respectfully directed to close this case.

SO ORDERED:

*Katharine H. Parker* 5/21/2025
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/2025

**IT IS HEREBY ORDERED, ADJUDICATED AND DECREED THAT:**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, and the Plaintiff's acceptance on May 15, 2025 of Defendants' Offer of Judgment, by executing and filing the Offer of Judgment with the Court, Plaintiff will take Judgment against the above-captioned Defendants, according to the terms of the Offer of Judgment, appended as Exhibit A to this Judgment, with are fully and completely incorporated herein.

Dated: New York, New York
       May 21, 2025

*Katharine H. Parker*
HON. JUDGE KATHARINE H. PARKER

1