**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

JUNIOR A. NUNEZ RODRIGUEZ,

                            Plaintiff,

             -against-

FORDHAM AUTO PLUS, INC and JULIO
CABRERA.,

                         Defendants.

---------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/23/2026
```

**24-CV-6873 (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On February 20, 2026, Plaintiff filed a letter seeking leave to enforce the settlement agreement in this action.  (ECF No. 42)  The Plaintiff has advised the Court that Defendants have failed to pay the judgment at ECF No. 41 (incorporating ECF No. 39-1 by reference).  No further briefing is required.  Plaintiff may utilize Rule 69 to obtain relief.[1]

       **SO ORDERED.**

DATED:      New York, New York
              February 23, 2026

                                   *Katharine H Parker*

                                 _____
                                   KATHARINE H. PARKER
                                   United States Magistrate Judge

---

[1] A writ of execution may be filed with the Clerk of Court and can be found at: https://www.nysd.uscourts.gov/forms/writ-execution-against-property