USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED:___3/12/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JUNIOR A. NUNEZ RODRIGUEZ,

          Plaintiff,

    -against-

FORDHAM AUTO PLUS, INC., and JULIO
CABRERA, individually,

          Defendants.

-------------------------------------------------------------------X

**24-CV-06873 (KHP)**

**JUDGMENT**

      This matter having come before the Court on Plaintiff's application to enforce the judgment previously entered in this action, and the Court being fully advised in the premises:

      On May 21, 2025, this Court entered Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure (ECF No. 41) in favor of Plaintiff JUNIOR A. NUNEZ RODRIGUEZ and against Defendants FORDHAM AUTO PLUS, INC. and JULIO CABRERA, individually, jointly and severally, in the amount of One Hundred Twenty-Five Thousand Dollars ($125,000.00), inclusive of attorneys' fees, costs, and all claims. Pursuant to the settlement agreement incorporated into the judgment, Defendants agreed to satisfy the judgment by making a first payment of $65,000.00 by June 12, 2025, followed by eight monthly payments of $7,500.00 each, commencing July 12, 2025, and continuing on the 12th of each subsequent month through February 12, 2026.

      Defendants made the initial payment of $65,000.00 on or before June 12, 2025, and made a payment of $7,500.00 on or before July 12, 2025. On or before August 12, 2025, Defendants paid only $7,000.00 instead of the required $7,500.00. Defendants then made payments of

1

$7,500.00 on or before September 12, 2025 and October 12, 2025, for total payments of $94,500.00. Defendants failed to make any payments due on November 12, 2025, December 12, 2025, January 12, 2026, and February 12, 2026.

On February 23, 2026, the Court granted Plaintiff's request to enforce the judgment through Rule 69 remedies (ECF No. 43).

**IT IS HEREBY ORDERED, ADJUDICATED AND DECREED THAT:** the unpaid balance on the judgment is Thirty Thousand Five Hundred Dollars ($30,500.00), consisting of $500.00 due from the August 12, 2025 payment, plus $7,500.00 due November 12, 2025, $7,500.00 due December 12, 2025, $7,500.00 due January 12, 2026, and $7,500.00 due February 12, 2026.

Pursuant to 28 U.S.C. § 1961, the unpaid balance shall bear post-judgment interest on $500.00 from August 12, 2025; on $7,500.00 from November 12, 2025; on $7,500.00 from December 12, 2025; on $7,500.00 from January 12, 2026; and on $7,500.00 from February 12, 2026, with interest accruing until the judgment is paid in full.

Plaintiff is entitled to pursue all available remedies under Federal Rule of Civil Procedure 69 and applicable law to enforce this judgment.

Dated: New York, New York
         March 12, 2026

HON. KATHARINE H. PARKER
United States Magistrate Judge

**The Clerk of Court  is respectfully directed to close this case.**

2